**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Angel Cardenas          JOINT DEBTOR: Maide Milian          CASE NO.:_____
Last Four Digits of SS# 7276          Last Four Digits of SS# 6119

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 148.54         for months 1 to 60      ; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650 + $775 = $4425 TOTAL PAID $ 1500_____
                         Balance Due    $ 2925 payable $ 117.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None_____          Arrearage on Petition Date  $
Address:_____          Arrears Payment       $_____/month (Months _____ to _____)
       _____          Regular Payment      $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing, 3451 Hammond Avenue Waterloo, IA 50702 Account No: 2687 | 486 E 49 Street Hialeah, FL 33013 $235,000 | 0% | $0.00 | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____          Total Due  $_____
                  Payable     $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 16.68/month (Months 1 to 25) and Pay $ 133.68/month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Nationstar Mortgage and will continue to pay said creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                              /s/Robert Sanchez, Esq.
Debtor                                                       Joint Debtor
Date:_____                          Date:_____

LF-31 (rev. 01/08/10)