UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**ANGEL CARDENAS**
aka Angel Cardenas

**MAIDE L MILIAN**
aka Maide Milian
aka Maide Lisex Milian
aka Maide Libex Milian
aka Maide Libex Milian Hidalgo
aka Maide Milian Hidalgo
aka Maide Lisex Milian Hidalgo
aka Maide M Milian
aka Maide L Milian Hidalgo

     Debtors.
_____/

CASE NO.: 15-26597-AJC

CHAPTER: 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, ALBERTELLI LAW, attorneys for **DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, AS TRUSTEE FOR MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO7**, and hereby enters its Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 486 E 49 St, Hialeah, FL 33013

- Last Four Digits of Loan Number: 7527

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

      /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN 57116
813-221-4743 ext. 2621
**Albertelli Law**
Attorney for Secured Creditor

        PO Box 23028
        Tampa, FL 33623
        Facsimile: (813) 221-9171
        Email: bkfl@albertellilaw.com
        Alternate Email: mschulis@albertellilaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th Day of September, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Angel Cardenas
486 E 49th Street
Hialeah, FL 33013

Maide L Milian
486 E 49th Street
Hialeah, FL 33013-1868

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Robert Sanchez
900 W 49 St. #500
Hialeah, FL 33012

Office of the US Trustee
51 SW 1st Ave Suite 1204
Miami, FL 33130

  /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN 57116
813-221-4743 ext. 2621
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Email: bkfl@albertellilaw.com
Alternate Email: mschulis@albertellilaw.com