RE: Angel Cardenas / Maide L. Milian    ☐ PRO SE    Case # 15-26597 AJC

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✓ Tax returns: 2012 (2013 2014) Corp 2012 2013 2014
✓ Bank Account Statements ☑ 3 months pre-petition
_____
_____
_____
__ Check copy _____
__ Explain W/D _____
✓ FMV (NADA/Carmax), Reg and Payoff: Vehicles
   04 Ford
__ FMV and Payoff: Real Estate
_____
__ Non homestead Information Sheet
__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
✓ BDQ & attachments ☑ Profit & Loss ☑ Balance Sheet
✓ Bank statements and checks ☑ 3 months
_____
_____

✓ ☑ Photo ID(s)  ☑ LF 90  ☐ LF67  ☐ LF10
__ Domestic Support Info: name address and phone
__ Affidavits of ____ support ____ rent
✓ ☐ 2016(B) ☐ 401K/Retirement Stmts ☑ Life Ins. Policy
✓ Other provisions ☑ IVL ☐ 100% ☐ lawsuit ☐ lease
                  ☐ gambling ☐ HAMP ☐ LMM/MMM
__ Plan does not fund
__ Calculation errors/improper months
✓ Valuation motion ☑ not filed ☐ not resolved
__ LMM/MMM motion ☐ not filed
__ Reaffirm, redeem or surrender Sch D & G creditor
__ Creditor on plan not listed in Schedules or no filed POC
__ Priority debt on Sch E not in plan
__ Object or Conform to Proof of Claim
   __ Miami-Dade County   __ Tax Certificate(DE#___)
   __ Dept of Revenue     __ IRS
_____

☐ Notice of Filing HAMP ☑ Other Jewlery Inv List

Reviewed documents received prior to    9/24/15
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE: Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954) 443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*