Angel Cardenas

RE: Maide L. Milian                    ☐ PRO SE        Case # 15-26597 AJC

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✓ Tax returns: 2012 (2013 2014) Corp 2012 2013 2014
✓ Bank Account Statements ☑ 3 months pre-petition
BK STMT # 0670 (8/1 - 8/30)15)
_____
___ Check copy _____
_____
___ Explain W/D _____
✓ FMV (NADA/Carmax), Reg and Payoff: Vehicles
04 Ford
___ FMV and Payoff: Real Estate
_____
___ Non homestead Information Sheet
___ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
✓ BDQ & attachments ☑ Profit & Loss ☑ Balance Sheet
✓ Bank statements and checks ☑ 3 months
BK STMT # 8326 (8/1 - 8/30)15) / COPIES OF ALL
CHECKS from 6/16 - 9/16 OVER $999.99

✓ ☑ Photo ID(s) ☑ LF 90 ☐ LF67 ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
✓ ☐ 2016(B) ☐ 401K/Retirement Stmts ☑ Life Ins. Policy
✓ Other provisions ☑ IVL ☐ 100% ☐ lawsuit ☐ lease
                    ☐ gambling ☐ HAMP ☐ LMM/MMM
___ Plan does not fund
___ Calculation errors/improper months _____
✓ Valuation motion ☑ not filed ☐ not resolved
___ LMM/MMM motion ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
    ___ Miami-Dade County    ___ Tax Certificate(DE#___)
    ___ Dept of Revenue         ___ IRS
_____
_____
☐ Notice of Filing HAMP ☑ Other Jewelry Inv List

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
___ co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
_____
___ D/I >100% <90% Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
___ Tolling Agreement(s)

✓ Objection to Exemption (specifics to be filed)
___ To be heard with confirmation at 1:30 pm
✓ Ch 7 s/b $6095.00 plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
_____
_____
_____
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other: _____ no documents received
_____
_____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing*** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on_____11-2-15_____to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027