UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)
**First Amended Plan**

DEBTOR: Angel Cardenas          JOINT DEBTOR: Maide Milian          CASE NO.: 15-26597-AJC
Last Four Digits of SS# 7276    Last Four Digits of SS# 6119

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 148.54    for months 1 to 60    ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 + $775 = $4425 TOTAL PAID $ 1500
                    Balance Due    $ 2925 payable $ 117.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:_____        Arrears Payment    $_____/month (Months ____ to ____)
                                     Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing, 3451 Hammond Avenue Waterloo, IA 50702 Account No: 2687 | 486 E 49 Street Hialeah, FL 33013 $235,000 | 0% | $0.00 | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____      Total Due  $_____
                             Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 16.68/month (Months 1 to 25) and Pay $ 133.68/month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

Other Provisions Not Included Above: Debtor is current with secured creditor Nationstar Mortgage and will continue to pay said creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor                                    Joint Debtor
Date: 10/16/2015                          Date: 10/16/2015

LF-31 (rev. 01/08/10)