UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Cardenas, Angel & Milian, Maide L          Case No: 15-26597-AJC
                                                  Chapter 13

_____Debtors_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on October 23, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Angel Cardenas & Maide L. Milian
486 E 49th Street
Hialeah, FL 33013-1868

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**Via Certified Mail:**

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, Manager
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard
6th Floor
Atlanta, GA 32301

Homecomings Financial Netowrk, Inc.
800 Corporate Drive, Suite 424
Ft. Lauderdale, FL 33334

Albertelli Law
c/o Matthew L. Schulis, Esq.
PO Box 23028
Tampa, FL 33623

Deutsche Bank National Trust Co.
c/o Eric Smith, CFO
60 Wall Street
NYC60-4006
New York, NY 10005

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:/s/ Robert Sanchez_____
         Robert Sanchez, Esq., FBN#0442161