UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 15-26597-AJC
CHAPTER 13

Angel Cardenas aka Angel A Cardenas,

   Debtor,

Maide L Milian aka Maide Milian aka
Maide Lisex Milian aka Maide Libex
Milian aka Maide Libex Milian Hidalgo
aka Maide Milian Hidalgo
aka Maide Lisex Milian Hidalgo
aka Maide M Milian aka Maide L
Milian Hidalgo,

   Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, AS TRUSTEE FOR MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-Q07 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                           Robertson, Anschutz & Schneid, P.L.

                          Authorized Agent for Secured Creditor
                          6409 Congress Ave., Suite 100
                          Boca Raton, FL 33487
                          Telephone: 561-241-6901
                          Facsimile: 561-997-6909
                          By: <u>/s/Melbalynn Fisher</u>
                          Melbalynn Fisher, Esquire
                          Email: mfisher@rasflaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on August 8, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

ANGEL CARDENAS AKA ANGEL A CARDENAS
486 E 49TH STREET
HIALEAH, FL  33013-1868

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

MAIDE L MILIAN AKA MAIDE MILIAN AKA MAIDE LISEX MILIAN AKA MAIDE
LIBEX MILIAN AKA MAIDE LIBEX MILIAN HIDALGO AKA MAIDE MILIAN HIDALGO
AKA MAIDE LISEX MILIAN HIDALGO
AKA MAIDE M MILIAN AKA MAIDE L MILIAN HIDALGO
486 E 49TH STREET
HIALEAH, FL  33013-1868


NANCY K. NEIDICH
POB 279806

MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                                                Robertson, Anschutz & Schneid, P.L.
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 561-241-6901
                                                Facsimile: 561-997-6909
                                                By: /s/Melbalynn Fisher
                                                Melbalynn Fisher, Esquire
                                                Email: mfisher@rasflaw.com